AO 470 (8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA



FILED IN OPEN COURT
FEB 17 2026
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Sophyaaa Sahu

CASE NO. 1:26mJ49

Upon motion of the United States Government, it is hereby ORDERED that a detention hearing is set for __2/19/26__ at __2:00 p.m.__ before the Honorable William E. Fitzpatrick, United Magistrate Judge in
<br>_Judicial Officer_

Courtroom 500 located at 401 Courthouse Square, Alexandria, Virginia. Pending
<br>_Location of Judicial Officer_

this hearing, the defendant shall be held in custody by the United States Marshal

(_____) and produced for the hearing.
<br>_Other Custodial Official_

Date: __2/17/2026__

/s/ William E. Fitzpatrick
United States Magistrate Judge
<br>_Judicial Officer_

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.